UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BONNIE NICHOLS,<br><br>                          Plaintiff,<br>v.<br>BODEGA LATINA CORPORATION, et al.<br><br>                          Defendants. | Case No. 2:16-cv-00111-RFB-PAL<br><br>ORDER<br><br>(Subst Counsel – Dkt. #5) |

This matter is before the court on Defendant Bodega Latina Corporation dba El Super's Substitution of Counsel (Dkt. #5) filed February 8, 2016. Peter C. Brown and Brandi M. Planet of Bremer Whyte Brown & O'Meara, LLP seek leave to be substituted in the place and stead of Michael C. Mills of Bauman, Loewe, Witt & Maxwell, PLLC for Defendant Bodega Latina Corporation dba El Super. LR IA 10-6 provides that the signature of an attorney to substitute in a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order." LR IA 10-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case."

Having reviewed and considered the matter, and good cause appearing,

**IT IS ORDERED** that:

1. The Substitution of Counsel (Dkt. #5 is **APPROVED**.
2. Peter C. Brown and Brandi M. Planet of Bremer Whyte Brown & O'Meara, LLP are substituted in the place of Michael C. Mills of Bauman, Loewe, Witt & Maxwell for

/ / /

/ / /

/ / /

1

1 | Defendant Bodega Latina Corporation dba El Super subject to the provisions of LR
2 | IA 10-6(c) and (d).
3 | DATED this 22nd day of February, 2016.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE