UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BONNIE NICHOLS,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>BODEGA LATINA CORPORATION<br><br>　　　　　　　Defendant. | Case No. 2:16-cv-00111-RFB-PAL<br><br>ORDER<br><br>(Subst Atty – ECF No. 27) |

This matter is before the court on the Substitution of Attorneys (ECF No. 27). Melissa J. Roose and Analise N. Martinez of Wood Smith Henning & Berman, LLP seek leave to be substituted in place of Brandi M. Planet, Kerry O'Brien and Peter C. Brown of Bremer Whyte Brown & Omeara for Defendant Bodega Latina Corporation. LR IA 10-6 provides that the signature of an attorney to substitute in a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order." LR IA 10-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case." A third extension of time was just granted giving the parties until February 7, 2017, to complete discovery.

Having reviewed and considered the matter,

**IT IS ORDERED** that:

1. The Substitution of Attorney (ECF No. 27) is **GRANTED**.
2. Melissa J. Roose and Analise N. Martinez of Wood Smith Henning & Berman, LLP are substituted in the place of Brandi M. Planet, Kerry O'Brien and Peter C. Brown of

/ / /

/ / /

Bremer Whyte Borwn & Omeara for Defendant Bodega Latina Corporation, subject to the provisions of LR IA 10-6(c) and (d).

DATED this 6th day of December, 2016.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE